[No. 55397-6-I.  Division One.  October 17, 2005.]

LANETTE RAMEY, *Respondent*, v. WILLIAM KNORR ET AL.
*Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 02-2-05485-4, Robert H. Alsdorf, J., entered February 19 and November 12, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Appelwick, JJ. Now published at 130 Wn. App. 672.

[No. 31163-1-II.  Division Two.  October 18, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. VERNON GENE
SCADDING, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01346-1, Stephen M. Warning, J., entered December 18, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Houghton, J.

[No. 31523-8-II.  Division Two.  October 18, 2005.]

ROBIN BENSKIN, *Individually and as Personal
Representative*, ET AL., *Appellants*, v. THE
CITY OF FIFE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-11971-2, Ronald E. Culpepper, J., entered March 12, 2004. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton, J., and Morgan, J. Pro Tem.

[No. 31910-1-II.  Division Two.  October 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MICHAEL
DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04572-3, John A. McCarthy, J., entered June 25, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.